UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-cr-20772-KMM

UNITED STATES OF AMERICA,

vs.

MARK BRAD RANDOLPH, JR.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause came before the Court upon a referral by the Honorable K. Michael Moore, United States District Judge, with respect to any violations of supervised release as to Defendant Mark Brad Randolph, Jr. ("Defendant"). ECF No. [124].

Upon referral, this matter was set for status conference for the purpose of scheduling a hearing on the violations. ECF Nos. [126], [129], [132], [134], [135], [139], [140], [142], [145], [147]. The status conference was continued pursuant to various defense motions due to concerns regarding the COVID-19 pandemic, counsel's inability to adequately confer with Defendant, and the parties' inability to prepare for the hearing. ECF Nos. [131], [133], [138], [141], [144].

At the status conference held on October 22, 2021, Defendant's counsel stated that an admission as to the supervised release violations would be filed with the Court. The Court permitted Defendant to file the admission within twenty-one days. Thereafter, on November 9, 2021, Defendant filed his Notice of Admission to Supervised Release Violations, stating "that he admits to the violations in the supervised release petition pending against him [and] asks to proceed to sentencing on this case." ECF No. [149] at 1.

Accordingly, based upon Defendant's Notice, it is hereby **RECOMMENDED** that Defendant's admission of guilt be accepted and that he be found guilty of the two supervised

1

release violations, as charged.  *See* ECF No. [120] at 2.  The final sentencing hearing should take place before the District Judge.

The parties shall have **THREE** calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on November 18, 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE